IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TANYA L. CAIN ) <br> TIMOTHY D. CAIN ) <br> **Debtor(s)** ) <br> ) <br> SANTANDER CONSUMER USA INC. ) <br> **Moving Party** ) <br> ) <br> v. ) <br> ) <br> TANYA L. CAIN ) <br> TIMOTHY D. CAIN ) <br> **Respondent(s)** ) <br> ) <br> SCOTT WATERMAN ) <br> **Trustee** ) | CHAPTER 13 <br><br> Case No.: 17-16840 (JKF) <br><br> **Hearing Date: 2-6-19 at 9:30 AM** <br><br> 11 U.S.C. 362 |

### ORDER APPROVING AMENDED STIPULATION

IT IS HEREBY ORDERED that the Amended Stipulation between Santander Consumer USA Inc. and the Debtors in settlement of the Motion For Stay Relief, and filed on or about March 22, 2019 in the above matter is APPROVED.

Dated: March 25, 2019

BY THE COURT:

*/s/ Jean K. FitzSimon*

_____
UNITED STATES BANKRUPTCY JUDGE
Judge Jean K. FitzSimon