**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Tanya L. Cain<br>aka Tanya L. Chambers-Cain<br>Timothy D. Cain<br><div align=right>Debtor(s)</div><hr>CITIMORTGAGE, INC. c/o CENLAR FSB<br><div align=right>Movant</div>v.<br>Tanya L. Cain<br>aka Tanya L. Chambers-Cain<br>Timothy D. Cain<br><br>and Scott Waterman, Esquire<br><div align=right>Respondents</div> | 17-16840 AMC<br><br>Chapter 13 Proceeding |

## <u>CERTIFICATION OF DEFAULT</u>

CITIMORTGAGE, INC. c/o CENLAR FSB, a secured creditor in the above captioned bankruptcy case, by and through its counsel, Harry B. Reese, Esquire of the law firm of POWERS KIRN, LLC, hereby files this certification, and states:

1.      I am the attorney responsible for handling the instant matter for CITIMORTGAGE, INC. c/o CENLAR FSB, and I have sufficient knowledge to make this certification on its behalf.

2.      On 11/16/2020, an Order was issued by this Court approving the Stipulation resolving CITIMORTGAGE, INC. c/o CENLAR FSB's motion for relief from stay, a copy of which Order is attached hereto as **EXHIBIT A**.  The Order provides for the cure of post-petition arrearage, and that in the event the Debtor fails to make the payments the secured creditor is permitted ex-parte relief to vacate the stay, with notice to the trustee, debtor(s), and debtor's attorney, if any.

3.      Debtor(s) has/have failed to comply with the aforesaid order by either missing payments and/or by failing to make the correct payments as summarized on the Notice of Default which was sent to all interested parties on 08/09/2022. A copy of the Notice of Default is attached as **EXHIBIT B**.

4.      This certification is being made in an effort to enforce the prior order of this court and to vacate the stay without numerous court appearances.

5.      I certify the above statements to be true.  I am aware that if the above statements are willfully false, I am subject to punishment.

<div align=right>RESPECTFULLY SUBMITTED,<br>POWERS KIRN, LLC</div>

Dated: September 1, 2022

By: /s/ Harry B. Reese, Esquire
_____
Harry B. Reese, Esquire
ID# 310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Attorney for Movant