# PK
## Powers Kirn, LLC
Attorneys at Law

308 Harper Drive
Suite 210
Moorestown, NJ  08057
856.802.1000
*(New Jersey Office)*

**8 Neshaminy Interplex, Suite 215**
**Trevose, PA  19053**
**Phone: (215) 942-2090**
**Fax: (215) 942-8661**
*(Pennsylvania Office)*

August 9, 2022



Brad J. Sadek, Esquire
1500 JFK Boulevard
Suite 220
Philadelphia, PA  19102

RE:    CITIMORTGAGE, INC. c/o CENLAR FSB
         vs.
         Tanya L. Cain aka Tanya L. Chambers-Cain
         Timothy D. Cain
         Chapter 13, Case No. 17-16840 AMC
         Type of Action:  **Notice of Default**

Dear Mr. Sadek:

The enclosed stipulation executed by the parties in the above referenced matter requires the Debtors to remain current on the monthly post petition mortgage payments.  However, as of August 5, 2022, CitiMortgage, Inc c/o Cenlar FSB has not received the following payments:

| Item | Quantity | From | To | Amount | |
|---|---|---|---|---|---|
| Payments: | 2 | 6/22/22 | 7/22/22 | $900.64 | $1,801.28 |
| Late Charges: | | | | | $0.00 |
| Payments: | | | | | $0.00 |
| Late Charges: | | | | | $0.00 |
| Attorney Fees for this Notice of Default: | | | | | $100.00 |
| Less:  Debtor Suspense: | | | | | $-897.86 |
| **TOTAL:** | | | | | **$1,003.42** |

Therefore, the Debtors are currently in default of the agreed stipulation.  The amount needed to cure the default is stated above, and payment must be made in certified funds, money orders or cashier's check.

In accordance with the stipulation, this shall serve as fifteen (15) days written notice of default.  If the default is not cured within fifteen (15) days of the date of this letter, then my client may

certify the default to the Court and an Order will be entered granting relief from the automatic stay.

    Payments should be sent to:

        CITIMORTGAGE, INC. C/O CENLAR, FSB
        425 PHILLIPS BLVD.
        EWING, NJ 08618

***Please note - An additional $900.64 will come due on 08/22/22.***

Acceptance of partial payments will not constitute a waiver of Movant's rights to pursue the default in the event the funds remitted are not enough to cure the entire default.

If you have any questions, please contact my office.

    Very truly yours,

    s/ Harry B. Reese_____
    Harry B. Reese, Esquire


Enclosure
jmc/khp
20-0460


cc:    Tanya L. Cain
aka Tanya L. Chambers-Cain
    70 Houston Road
    Lansdowne, PA  19050

    Timothy D. Cain
    70 Houston Road
    Lansdowne, PA  19050

**POWERS KIRN**
COUNSELORS AT LAW

POWERS KIRN, LLC
8 Neshaminy Interplex
Suite 215
Trevose, PA 19053



Brad J. Sadek, Esquire
1500 JFK Boulevard Suite 220
Philadelphia, PA  19102

**POWERS KIRN**
COUNSELORS AT LAW

POWERS KIRN, LLC
8 Neshaminy Interplex
Suite 215
Trevose, PA 19053

02 1P                    $ 000.57⁰
0000933822        AUG 09 2022
MAILED FROM ZIP CODE 19053

Tanya L. Cain
aka Tanya L. Chambers-Cain
70 Houston Road
Lansdowne, PA  19050

**POWERS KIRN**
COUNSELORS AT LAW

POWERS KIRN, LLC
8 Neshaminy Interplex
Suite 215
Trevose, PA 19053



Timothy D. Cain
70 Houston Road
Lansdowne, PA 19050